IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Action No. 09-cv-02157-PAB-BNB

HOLLY SIELAFF, Individually, and as mother and next friend of J.A.S., A.A.S., and M.G.S., Surviving Children,

    Plaintiffs,

v.

A.D. TRANSPORT EXPRESS, INC., a Michigan Corporation,

    Defendant.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulation of Dismissal With Prejudice [Docket No. 12]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED January 28, 2010.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge